JS-6

PETER R. DION-KINDEM (SBN 95267)
PETER R. DION-KINDEM, P. C.
DION-KINDEM & CROCKETT
21271 Burbank Blvd., Suite 100
Woodland Hills, California 91367
Telephone: (818) 883-4400
Fax:       (818) 676-0246

Attorneys for Plaintiff Barry Rosen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barry Rosen,<br><br>        Plaintiff,<br><br>    vs.<br><br>Savvis Communications, Corporation, Chikip, LLC, Nextpoint, LLC, Keith Richman, and Does 1 through 10,<br><br>        Defendants. | **Case No. CV09-00360 MMM (JTLx)**<br><br>**Order on Stipulation re Dismissal of Action** |

Pursuant to the Stipulation of the Parties and good cause appearing, IT IS ORDERED as follows:

1.  The Complaint in this action is dismissed with prejudice as to all of the named Defendants pursuant to the parties' settlement agreement, with each party bearing its own fees and costs.

2.  Does 1 through 10 are hereby dismissed without prejudice.

Dated: __June 4, 2009__

_Margaret M. Morrow_
United States District Court

**Order on Stipulation re Dismissal**

1